**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GEORGE V. CARRILLO, | ) | NO. CV 10-9124-DMG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| K. HARRINGTON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 25, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE